UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CARLOS A. ALFORD )
        Plaintiff, )
v. ) **JUDGMENT**
) No. 7:22-CV-173-FL
BILL NELSON, Head of NASA, JIM BRIENSTEIN )
Hiring Team, and CHRISTINE PAULSEN, )
Hiring Team, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for on its own initiative upon plaintiff's failure to comply with court order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 4, 2023, that this case is dismissed WITHOUT PREJUDICE for failure to comply with the court's order and in the alternative for lack of good cause shown for failure to meet the service deadline.

**This Judgment Filed and Entered on December 4, 2023, and Copies To:**
Carlos A. Alford (via US CM/ECF Notice of Electronic Filing)

December 4, 2023        PETER A. MOORE, JR. CLERK

                                   /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk